**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| PANDELI PANDO AND FUTURE EVOLUTION, LLC,<br><br>Plaintiff,<br><br>v.<br><br>JP MORGAN CHASE BANK, N.A. AND WEBSTER BANK, N.A.<br>Defendants. | **CONSENT TO REMOVAL** |

Defendant and Webster Bank, N.A. hereby acknowledges its consent to removal of this action from the Supreme Court of the State of New York, County of Queens, Index No. 719857/2026, to the United States District Court for the Eastern District of New York.

Dated: August 19, 2026

**CULLEN AND DYKMAN LLP**

By: ______________________
Ryan Soebke, Esq.
333 Earle Ovington Boulevard, 2nd Floor
Uniondale, New York 11553
T: 516.357.3784 | F: 516.357.3792
E: rsoebke@cullenllp.com

*Attorneys for Defendant Webster Bank, N.A.*